**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVAN G. MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>WARWICK NEW YORK VILLAGE POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | 23-CV-10405-NSR-JCM<br><br>**ORDER GRANTING LEAVE TO DEPOSE INCARCERATED PLAINTIFF BY REMOTE MEANS** |

Upon the letter motion of Defendants Town of Warwick, New York, s/h/a Warwick New York Village Police Department, and Randy W. Foust (collectively, "Defendants"), dated October 28, 2026 (ECF No. 61), and good cause appearing, it is hereby ORDERED that:

1. Under Federal Rule of Civil Procedure 30(a)(2)(B), Defendants are granted leave to depose Plaintiff Ivan G. McKinney, ID No. 601321, who is confined at New Jersey State Prison, Trenton, New Jersey ("NJSP"), on November 30, 2026, at 10:00 a.m. ET, or on such other date and time as Defendants' counsel arranges with NJSP upon notice to Plaintiff.

2. Consistent with the parties' agreement (ECF No. 45, Item 13, ¶ 2) and Federal Rule of Civil Procedure 30(b)(4), the deposition may be taken by videoconference and recorded stenographically. Under Federal Rule of Civil Procedure 28(a)(1)(B), the court reporter retained by Defendants is appointed as the officer before whom the deposition is taken and may administer the oath and participate remotely.

3. Notwithstanding Paragraph 7(a) of the Civil Case Discovery Plan and Scheduling Order (ECF No. 45), the deposition may proceed before Plaintiff has responded to Defendants' first requests for production of documents. This is without prejudice to any application by

Defendants under Federal Rule of Civil Procedure 30(a)(2)(A)(ii) and (B) for leave to reopen the deposition, limited to documents and information produced after it is taken.

4. The Administrator of NJSP, or any other official having custody of Plaintiff, is respectfully requested to make Plaintiff available for the deposition described in Paragraph 1 herein, in a location at NJSP equipped for videoconference, for a period not to exceed seven (7) hours of examination on the record, exclusive of reasonable breaks, consistent with Federal Rule of Civil Procedure 30(d)(1). NJSP personnel may be present as NJSP's security requirements dictate.

5. Plaintiff is advised that he is required to appear and participate in his deposition and to answer questions under oath. Plaintiff's failure to appear or cooperate may result in sanctions under Federal Rule of Civil Procedure 37(b)(2) and (d)(1)(A)(i), which may include dismissal of this action.

6. Within three (3) business days of the entry of this Order, Defendants shall serve a copy of this Order (a) on the Administrator of NJSP, by first-class mail or email, and (b) on Plaintiff at NJSP, by first-class mail, and shall file proof of such service on the docket.

SO ORDERED.

Dated: Oct. 29, 2026
White Plains, New York

Judith C. McCarthy
JUDITH C. McCARTHY
United States Magistrate Judge